2015-1055 (La. 5/2/16)
**STATE of Louisiana**

v.

**Julius S. WILT, Jr.**
**NO. 2015-KO-1055**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. P, No. 11-3730; to the Court of Appeal, Fifth Circuit, No. 14-KA-823

Denied.

2015-1081 (La. 5/2/16)
**STATE EX REL. Deseree JOHNSON**

v.

**STATE of Louisiana**
**NO. 2015-KH-1081**

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Tangipahoa, 21st Judicial District Court Div. B, No. 1202427; to the Court of Appeal, First Circuit, No. 2015 KW 0517

Denied.

2015-1578 (La. 5/2/16)
**STATE EX REL. Julius WILT**

v.

**STATE of Louisiana**

**NO. 2015-KH-1578**

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. P, No. 11-3730; to the Court of Appeal, Fifth Circuit, No. 15-KH-412

Denied.

2015-2191 (La. 5/2/16)
**STATE of Louisiana**

v.

**Dominique JACKSON**
**NO. 2015-KO-2191**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Landry, 27th Judicial District Court Div. A, No. 12-K-1544-A; to the Court of Appeal, Third Circuit, No. 15-393;

Denied.